IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o R.D., <br><br> Plaintiff, <br><br> v. <br><br> PROCTER & GAMBLE CO.; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendants. | Civil Action No. 2:13-cv-02904 <br><br> Judge Chesler |

## DECLARATION

I, Donald G. Willis, declare that:

1. I am an attorney, an employee of The Procter & Gamble Company, and serve as counsel on matters involving its welfare benefit plans, including The Procter & Gamble Healthcare Plan, which is the Plan that is referred to in the Complaint in this case.

2. The attached document is the Summary Plan Description ("SPD"), which also serves as the Plan Document, for The Procter & Gamble Healthcare Plan. This document was in effect at the time the medical services referred to in the Complaint were provided.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2013

_Donald G. Willis_
Donald G. Willis